# **EXHIBIT 1**



# CORPORATIONS DIVISION

**Your Search Criteria:**

| | |
|---|---|
| Registration No.: | 21157 |

**Search Results**

**Information current as of 7/30/2015 2:51:34 AM**

**Records 1 - 1 of 1 Total Records Found**

| | |
|---|---|
| Mark Name: | HENRY'S |
| Mark Type: | SERVICE MARK |
| Registration No.: | S-21157 |
| Registration Date: | 3/9/2004 |
| Expiration Date: | 3/9/2024 (ACTIVE) |
| First used by an Individual: | AUGUST 15, 2000 |
| First used in Georgia: | AUGUST 15, 2000 |
| Owner of Mark: | HENRY'S LOUISIANA GRILL, INC., 4849 NORTH MAIN STREET NW, ACWORTH, GA 30101 |
| Classification: | 1 - Miscellaneous (i.e. medical or personal type services) |
| Mark used in connection with: | RESTAURANT AND CATERING |
| Description: | THE WORD "HENRY" |

**New Search**

