# **EXHIBIT 2**

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 2,980,595
Registered Aug. 2, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



HENRY'S LOUISIANA GRILL, INC. (GEORGIA CORPORATION)
4849 NORTH MAIN STREET NW
ACWORTH, GA 30101

FOR: RESTAURANT AND CATERING SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 8-15-2000; IN COMMERCE 8-15-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LOUISIANA GRILL", APART FROM THE MARK AS SHOWN.

SER. NO. 76-580,155, FILED 3-10-2004.

TERESA M. RUPP, EXAMINING ATTORNEY