# **EXHIBIT 4**



# CORPORATIONS DIVISION

**Your Search Criteria:**

Registration No.:   26522

**Search Results**

**Information current as of 7/30/2015 2:51:34 AM**

**Records 1 - 1 of 1 Total Records Found**

| | |
|---|---|
| Mark Name: | HENRY'S LOUISIANA GRILL EST 2000 & DESIGN |
| Mark Type: | SERVICE MARK |
| Registration No.: | S-26522 |
| Registration Date: | 10/6/2012 |
| Expiration Date: | 10/6/2022 (ACTIVE) |
| First used by an Individual: | AUGUST 1, 2012 |
| First used in Georgia: | AUGUST 1, 2012 |
| Owner of Mark: | HENRY'S LOUISIANA GRILL, INC., 4835 NORTH MAIN STREET, ACWORTH, GA 30101 |
| Classification: | 2 - Advertising and business (i.e. retail business services) |
| Mark used in connection with: | RESTAURANT SERVICES |
| Description: | THE WORD "HENRY'S" WITH A FLEUR-DE-LIS IN THE LETTER "R", OVER THE WORDS "LOUISIANA GRILL", WITH THE WORDS "EST 2000" UNDERNEATH "GRILL", WITH TWO STRANDS OF BEADS HAVING ONE END PARTIALLY BEHIND THE LETTER "H" IN "HENRY'S" AND THE OTHER END PARTIALLY BEHIND THE LETTER "S" IN "HENRY'S", THE STRANDS FLOWING BELOW THE TEXT. [NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LOUISIANA GRLL" AND "EST 2000" APART FROM THE MARK AS SHOWN.] |

**New Search**

OFFICE OF BRIAN KEMP

NEWS & ANNOUNCEMENTS

PRESS & MEDIA KIT

PRIVACY POLICY

**CONTACT**

214 State Capitol
Atlanta, Georgia 30334
404.656.2881

© 2013 Georgia Secretary of State