# **EXHIBIT 5**

Trademark Electronic Application System (TEAS) filing receipt

**MARK:** HENRY'S LOUISIANA GRILL (stylized and/or with design, mark_38104166-154618847_._Henry_s_Louisiana_Grill___Design_-_Drawing_001.jpg)

The literal element of the mark consists of HENRY'S LOUISIANA GRILL.
The applicant is not claiming color as a feature of the mark. The mark consists of the word HENRY'S with a fleur-de-lis in the letter R, over the words "Louisiana Grill," with the words "EST 2000" underneath "Grill", with two strands of beads having one end partially behind the H in HENRY'S and the other end partially behind the S in HENRY'S, the strand flowing below the text.

We have received your application and assigned serial number '85713243' to your submission. The summary of the application data, *bottom below*, serves as your official filing receipt.

In approximately 3 months, an assigned examining attorney will review your application to determine if all legal requirements are met. Currently, your mark is **not** registered and is considered a "pending" application. The overall process from the time of initial filing to registration or final refusal can take 13-18 months or even longer, depending on many factors; *e.g.*, the correctness of the original filing and the type of application filed. It is **CRITICAL** that you check the status of your application **at least every 3 - 4 months** and promptly contact the Office if a letter (an "Office action") or notice has issued for your application that you did not receive or do not understand. To check the status, please use http://tarr.uspto.gov. Do **not** submit status requests to TEAS@uspto.gov. Failure to respond timely to any Office action or notice may result in the abandonment of your application, requiring you to pay an additional fee to have your application revived even if you did not receive the Office action or notice.

Please view all incoming and outgoing correspondence at http://portal.uspto.gov/external/portal/tow. If your status check reveals an issued Office action or notice that you did not receive, immediately view the action/notice through the USPTO website. The USPTO does not extend filing deadlines due to a failure to receive USPTO mailings/e-mailings. You must ensure that you update your record if your mail and/or e-mail address changes, using the form available at http://www.uspto.gov/teas/eTEASpageE.htm.

If you discover an error in the application data, you may file a Voluntary Amendment, at http://www.uspto.gov/trademarks/teas/miscellaneous.jsp. Do **not** submit any proposed amendment to TEAS@uspto.gov, because the technical support team may not make any data changes.  **NOTE:** You must wait approximately 7-10 days to submit any Voluntary Amendment, to permit initial upload of your serial number into the USPTO database. The acceptability of any Voluntary Amendment will only be determined once regular examination begins, since the assigned examining attorney must decide whether the change proposed in the amendment is permissible. **Not all errors may be corrected;***e.g.*, if you submitted the wrong mark, if the proposed correction would be considered a material alteration to your original filing, it will not be accepted, and your only recourse would be to file a new application (with **no** refund for your original filing).

Since your application filing has already been assigned a serial number, please do **not** contact TEAS@uspto.gov to request cancellation. The USPTO will only cancel the filing and refund your fee if upon review we determine that the application did not meet minimum filing requirements. **The fee is a**

**processing fee that the USPTO does not refund, even if your mark does not proceed to registration. NOTE:** The only "exception" to the above is if you inadvertently file duplicate applications specifically because of a *technical glitch* and not merely a misunderstanding or mistake; *i.e.,* if you believe that the first filing did not go through because no confirmation was received and then immediately file again, only to discover later that both filings were successful, then the technical support team at TEAS@uspto.gov can mis-assign and refund one of the filings.

**WARNING:** You may receive unsolicited communications from companies requesting fees for trademark related services, such as monitoring and document filing. Although solicitations from these companies frequently display customer-specific information, including USPTO serial number or registration number and owner name, companies who offer these services are not affiliated or associated with the USPTO or any other federal agency. The USPTO does not provide trademark monitoring or any similar services. For general information on filing and maintenance requirements for trademark applications and registrations, including fees required by law, please consult the USPTO website.

**APPLICATION DATA: Trademark/Service Mark Application, Principal Register**

The applicant, Henry's Louisiana Grill, Inc., a corporation of Georgia, having an address of
    4835 North Main Street
    Acworth, Georgia 30101
    United States


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 025:  T-shirts, shirts, hats

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee at least as early as 08/01/2012, and first used in commerce at least as early as 08/01/2012, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) photograph of T-shirt.
Specimen-1 [SPE0-38104166-154618847_._Henry_s_Logo-T-Shirt_specimen.pdf ]

    International Class 043:  restaurant services, take-out restaurant services, catering services

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee at least as early as 08/01/2012, and first used in commerce at least as early as 08/01/2012, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) photograph of signage.
Specimen-1 [SPE0-38104166-093826854_._Specimen-Class43.JPG ]

    International Class 030:  sauces, dressings, dessert pudding, bread pudding, spices, rubs, bakery desserts, cookbooks

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant's current Attorney Information:
   Jason A. Bernstein and Alan G. Gorman, Brian Downey, Olivia Fleming, Julia Spoor Gard, Bobby B. Gillenwater, Joseph D. Lewis, Joan Long, Brian McGinnis, Mark J. Nahnsen, Hae Park-Suk, Melissa A. Vallone, David A. W. Wong of BARNES & THORNBURG LLP

   Suite 1700
   3475 Piedmont Road, N.E.
   Atlanta, Georgia 30305-2954
   United States
The attorney docket/reference number is 52050-500380.

The applicant's current Correspondence Information:
   Jason A. Bernstein
   BARNES & THORNBURG LLP
   Suite 1700
   3475 Piedmont Road, N.E.
   Atlanta, Georgia 30305-2954
   404-846-1693(phone)
   404-264-4033(fax)
   trademark-at@btlaw.com (authorized)

A fee payment in the amount of $975 will be submitted with the application, representing payment for 3 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**
The attached signature image file:

hw_38104166-154618847_._Henry_s_Louisana_Grill_-_Declaration_Page.pdf

Signatory's Name: Claudia L. Chandler
Signatory's Position: President

---

Thank you,

The TEAS support team
Mon Aug 27 10:33:49 EDT 2012
STAMP: USPTO/BAS-38.104.1.66-20120827103349046716-85713243-
4901692a57af458e961cce619135fe5610-DA-8773-20120827093826854878

